UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           *

VS.                                * Case No. RDB 20-015

TAMUFOR ST. MICHAEL                *

**<u>ORDER</u>**

Upon consideration of the Defendant's Consent Motion to Extend Surrender Date, it is this 12th day of July, 2023;

ORDERED that the Defendant's motion is GRANTED and the Defendant's date to surrender to begin serving his sentence is enlarged until September 18, 2023.

/s/ - Richard D. Bennett
_____
JUDGE
United States District Court for the
District of Maryland